UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WAYMAN, ) | |
|     PLAINTIFF ) | CIVIL ACTION NO.: |
| ) | 4:13-cv-804-HEA |
| VS. ) | |
| ) | |
| STELLAR RECOVERY, INC.   &   ) | |
| US BANK, N.A. ) | |
|     DEFENDANTS. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Christopher Wayman, and Defendants, Stellar Recovery, Inc. and US Bank, N.A., hereby stipulate to dismiss Plaintiff's individual claims as set forth in his Amended Complaint with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).  Plaintiff further dismisses with prejudice the Class allegations set forth in his Amended Complaint against Defendants Stellar Recovery, Inc. and US Bank, N.A.  pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey       EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Email:        bob@healeylawllc.com
Telephone:   (636) 536-5175
Fax:          (636) 590-2882
Co-counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri this 19th day of November, 2013, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Robert T. Healey